# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAYSEN ALEXANDER PATTERSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 76816

**FILED**

SEP 2 4 2018

ELIZABETH A BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to amend judgment of conviction for change of name. Second Judicial District Court, Washoe County; Kathleen M. Drakulich, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____ , J.
Pickering

_____ J.
Gibbons

_____ , J.
Hardesty

cc: Hon. Kathleen M. Drakulich, District Judge
Jaysen Alexander Patterson
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

18-37143